**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jasmine Robertson, on behalf of herself and all others similarly situated, | |
| Plaintiff(s), | Case No. 1:23-cv-05124-JMF |
| v. | |
| The Finch Company | |
| Defendant. | |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for thirty (30) days to allow the parties to finalize settlement details.

Dated: September 27, 2023

**The Law Office of Noor A. Saab, Esq.**

*By: /s/ Noor A. Saab*
Noor A. Saab, Esq.
*Attorneys for Plaintiff*
380 N. Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: NoorASaabLaw@Gmail.com